SHAWN KHORRAMI, ESQ., SBN 180411
  *skhorrami@kbsslaw.com*
SHEHNAZ BHUJWALA, ESQ., SBN 223484
  *sbhujwala@kbsslaw.com*
STEVEN S. SOLIMAN, ESQ., SBN 285049
  *ssoliman@kbsslaw.com*
KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
444 S. Flower St. – 33rd Floor
Los Angeles, California 90071
Tel: (213) 596-6000; Fax: (213) 596-6010

*Attorneys for Plaintiff Sarkis J. Khoury*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION -RIVERSIDE

| | |
|---|---|
| SARKIS J.  KHOURY, an Individual, <br><br>  Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, Inclusive. <br><br>  Defendants. | Case No.: Case No.: EDCV13-00716-VAP (DTBx) <br><br> **NOTICE RE: FILING PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 12 MOTION PURSUANT TO PARTIES' STIPULATION AND PROPOSED ORDER FOR A 60-DAY STAY** <br><br> Date: Monday, October 7, 2013 <br> Time: 2:00 p.m. <br> Crtrm.: 2 |

1

<div style="writing-mode: vertical-rl;">KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010</div>



KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Phone: (213) 596-6000
Fax: (213) 596-6010

1    TO THE HONORABLE COURT, DEFENDANT REGENTS OF THE

2    UNIVERSITY OF CALIFORNIA, AND ITS COUNSEL OF RECORD HEREIN:

3         PLEASE TAKE NOTICE THAT, pursuant to the Stipulation For A 60-Day

4    Stay of Proceedings and Proposed Order filed by the parties on September 9, 2013

5    (Dkt. No. 17), Plaintiff will not file his opposition to Defendant's Rule 12 Motion

6    to Dismiss and Motion for a More Definite Statement (Dkt. No. 15) by the original

7    deadline, which Plaintiff calculates as September 16, 2013.

8         The parties have stipulated to "a 60-day stay of all proceedings, including all

9    motions, hearings, and deadlines, except for the pending Motion to Withdraw, and

10   any briefing or hearing thereon." (Dkt. No. 17.) The parties further stipulated that

11   "Plaintiff's deadline to respond to the Counterclaim, as well as the hearing on the

12   Regents' Rule 12 motion, and any briefing schedule thereon, shall be set by Order

13   of the Court at the time of the ruling on the Motion to Withdraw." (*Id.*) The

14   purpose of the stipulation is so that Plaintiff "may secure substitute representation

15   by another attorney or law firm to represent his interests in this case, including

16   opposing the Regents' Rule 12 Motion and respond to the Counter-Claim against

17   him." (*Id.* at ¶ 7.) Plaintiff will abide by these terms unless and until the Court

18   instructs otherwise.

19        Plaintiff reserves the right to file his opposition to the Rule 12 Motion by the

20   new deadline set by this Court pursuant to the parties' Stipulation and Proposed

21   Order.

22   Dated: September 16, 2013          KHORRAMI BOUCHER SUMNER
                                        SANGUINETTI, LLP
23

24                                      By: /s/ Shehnaz M. Bhujwala_____

25                                          Shehnaz M. Bhujwala

26                                          *Attorneys for Plaintiff*

27

28                                              2

