# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SARKIS J. KHOURY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendants.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>SARKIS J. KHOURY and ROES 1 through 10, inclusive.<br><br>　　　　Counter-Defendants. | Case No. EDCV 13-00716 JGB (DTBx)<br><br>**JUDGMENT ON SPECIAL VERDICT AFTER JURY TRIAL**<br><br>---<br><br>Judge:　　　Hon. Jesus G. Bernal<br>Trial Date:　May 12, 2015 |

The matter came on regularly for trial before a jury, commencing on May 12, 2015 in Courtroom One of the United States District Court for the Central District of California, the Honorable Jesus G. Bernal presiding.  Plaintiff Sarkis J. Khoury was represented by attorneys Dan Siegel and Sonya Mehta of Siegel & Yee, and Defendant the Regents of the University of California (the "Regents") was represented by Sandra McDonough, Angela Mullins, and Evan Peña of Paul, Plevin, Sullivan & Connaughton LLP.

A jury of eight persons was impaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, and the claims were submitted to the jury with instructions to return a Special Verdict.  The jury deliberated and returned into Court with its Special Verdict on May 22, 2015.  These findings are shown by the jury's response on the Verdict Form, a redacted copy of which appears on the Court's docket as Document Number 168.

In accordance with the verdict so rendered by the jury in this matter, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

(1) As to Plaintiff's claim for retaliation, judgment is entered in favor of the Regents against Plaintiff Sarkis Khoury.  Plaintiff Sarkis Khoury shall recover nothing from Defendant the Regents;

(2) As to the Regents' counterclaims for negligent misrepresentation and unjust enrichment, judgment is entered in favor of Plaintiff Sarkis Khoury against the Regents; and

(3) As to the Regents' counterclaim for fraudulent concealment, judgment is entered in favor of the Regents against Plaintiff Sarkis Khoury.  Plaintiff Sarkis Khoury is to submit damages to the Regents in the amount of $14,500.00 with interest at the legal rate.

/ / /

/ / /

1    As the prevailing party, Defendant the Regents is entitled to recover costs of
2  suit in an amount to be determined by the Clerk of Court pursuant to Civil Local
3  Rule 54.1 of the Central District of California.

5    **IT IS SO ORDERED.**

7   Dated:  June 17, 2015

   Honorable Jesus G. Bernal
   United States District Judge